# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br><br>MATTHEW R. INGLEDEW, dob xx-xx-1987<br><br>_____<br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     23-M- 680<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
Between the dates of **10/24/2022 and 09/12/2023** in the county of **Outagamie** in the **Eastern** District of **Wisconsin**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Ct. 1 - 18 U.S.C. Section 875(c) | Count 1 - On or about October 24, 2022 |
| Ct. 2 - 18 U.S.C. Section 875(c) | Count 2 - On or about February 24, 2023 |
| Ct. 3 - 18 U.S.C. Section 875(c) | Count 3 - On or about April 17, 2023 |
| Ct. 4 - 18 U.S.C. Section 875(c) | Count 4 - On or about May 16, 2023 |
| Ct. 5 - 18 U.S.C. Section 875(c) | Count 5 - On or about September 12, 2023 |
| | FOR ALL COUNTS: the defendant knowingly transmitted in interstate or foreign commerce a communication containing a threat to injure the person of another. |

This criminal complaint is based on these facts:
See Attached affidavit

☑ Continued on the attached sheet.

_____ #9218
*Complainant's signature*

Sgt. Matt Kuether
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/19/2023

_____
*Judge's signature*

City and state: Green Bay, Wisconsin

Honorable James R. Sickel
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST WARRANT

Appleton Police Department Sgt. Matt Kuether, being first duly sworn, states that:

## Background

1. I have been a certified law enforcement officer for the City of Appleton Police Department for 16 years. I have been assigned to the Investigative Services Unit for 7 years, and I have had occasion to investigate violent crimes, including stalking and interstate communication threats, that would qualify as violations of Title 18, United States Code, Section 875(c).

## Basis for Information in Affidavit

2. The information contained in this affidavit is based upon my personal knowledge and investigation, and information supplied to me by other law enforcement officers, all of whom I believe to be truthful and reliable. Based on my investigation and the information supplied to me by other law enforcement personnel, I have probable cause to believe the following regarding **MATTHEW R. INGLEDEW (DOB: XX/XX/1987)**.

## Facts Establishing Probable Cause

3. In August 2020, officers began investigating Matthew R. INGLEDEW (DOB: XX/XX/1987) for violating a restraining order out of California. The violations included repeated contacts via email, text messages, and voicemails that contained threats to kill VICTIM. VICTIM resided, and continues to reside in, the Eastern District of Wisconsin. INGLEDEW is aware that VICTIM resides in the Eastern District of Wisconsin.

4. INGLEDEW was charged in the Superior Court of California in San Diego County. He failed to appear in that case, and a $50,000 warrant was issued for his arrest. INGLEDEW repeatedly contacted the prosecutors in San Diego and threatened them. He told the prosecutors that if they did not drop the charges against him, he would kill VICTIM. In many of the contacts, he described a murder-suicide involving him and VICTIM.

1

5. VICTIM stated that the threats and contacts from INGLEDEW have been constant. VICTIM is terrified of INGLEDEW and has suffered emotional distress. Below are several communications from INGLEDEW to VICTIM. These communications listed below are a small fraction of the hundreds of threatening communications:

**October 24, 2022 – Text Message from INGLEDEW to VICTIM**
"Hey hey, I'm not killing myself. If I will say this; if I spend one night in jail on what started based on lies then you and I are done. Bus ride or hire someone. I'd enjoy strangling you but you haven't destroyed my life that much. If I spend a night in jail I'll take a bus ride. This is where we're at. You lie, I'll kill."

**On or about February 21, 2023 – Text Message from INGLEDEW to VICTIM**
"I can say with absolute certainty that if I spend one day in jail because of you and your lies I'll just kill you. I already attempted suicide... Obv [obviously] I'd rather have my parents around forever but it's the inevitable unless I get cancer or kill myself. Kill us I should say. Just don't push me or try to make my life harder anymore. I'm done paying lawyers so it's literally that."

**On or about February 24, 2023 – Voicemail from INGLEDEW to VICTIM**
In this voicemail, INGLEDEW identifies himself as Matt and states, "Guess what? If you fucking push me into a corner one last time, I will come to Wisconsin and I will kill you. I will legit kill you." Ingledew also tells VICTIM that it will not be a peaceful death and he will make sure she suffers.

**On or about February 24, 2023 – Voicemail from INGLEDEW to VICTIM**
In this voicemail, INGLEDEW identifies himself as Matthew Ingledew. He states: "Basically, I am calling to let you know, if you make my life worse once again, I will kill you. Because literally I tried killing myself." He later states, "I will go to my grandparents' stomping grounds, which is where you live, and I know where you live – I know your fucking house on [ADDRESS IN THE EASTERN DISTRICT OF WISCONSIN]. I will fucking kill you and it will be a slow kill. Like I will literally fucking torture you and then I will kill myself, moving on. So leave me the fuck alone. If you don't, you will live a slow fucking death."

**On or about April 17, 2023 – Text Messages from INGLEDEW to VICTIM**
"Do you know how fucked up you are. Then get law involved you fucking cunt. I am 100% justified if I decide to do anything. People have killed for much less."

"If I spend a dollar more on an attorney I'll kill you also."

"Basically if you affect my life in any way again I'm killing you. If someone knocks on my door because of you I'm killing you. Anything."

"You better pray I never end up in custody. I will kill you. You get the general idea."

2

**On or about April 18, 2023 – Text Messages from INGLEDEW to VICTIM**
"Literally ready to kill if I spend 1 night in jail. Straight to you."

"Pray. If I get pulled over or a flight and they put me in jail I'm killing you."

**On or about April 21, 2023 – Text messages from INGLEDEW to VICTIM**
"Loser ass fat cunt bitch. I am so close to killing you. And I tell you here if I spend a day in jail I'm killing you. I'm torturing you and cutting your head off."

**On or about April 22, 2023 – Text message from INGLEDEW to VICTIM**
"If I come across you and you don't automatically drop to your knees asking for forgiveness I'm killing you. That includes if I unintentionally see you anywhere across the street."

**On or about May 16, 2023 – Voicemail from INGLEDEW to VICTIM**
Between May 16, 2023, and May 18, 2023, left approximately 13 threatening voicemails to VICTIM. He also called her repeatedly without leaving voicemails. In one voicemail, Ingledew told VICTIM that karma is not working in her favor that that he is "legit down to kill." He continued, "I am really down just to kill." He told VICTIM that if she wants to keep going, he will probably kill her.

**On or about June 6, 2023 – Voicemail from INGLEDEW to VICTIM**
Matt told VICTIM that he wanted to "fucking kill her" and adds that he is "willing to die." He repeatedly told VICTIM that he was going to kill her and added that he is a "man of honor and respect."

**On or about September 12, 2023 – Voicemails from INGLEDEW to VICTIM**
"I'm on my way. (Laughs). You'll be dead before your fucking (unintelligible)."

"Believe me when I say, I am not killing myself before I kill you. I am fucking on my way. You will not see your 50th birthday. You're fucking dead."

"I've been (unintelligible) and fucking screaming. And, a bunch of shit. And, I had someone calm me down. They said, no, don't wanna do that. And so, this is your last fucking chance. Because if I do not get a deferred, or a straight dismissal, I'm killing you. And myself. You do not want this."

6. The voicemails on September 12, 2023 occurred after INGLEDEW was arrested in Arizona for charges out of Outagamie County, Wisconsin, which included charges of Stalking, Violation of a Harassment Restraining Order, and Felony Intimidation of a Victim. INGLEDEW was arrested in Arizona but was released from custody after posting a $100,000 bond.

3

7. In addition to the above-referenced voicemails and text messages, investigators have reviewed hundreds of threatening emails, text messages, and voicemails that INGLEDEW sent to VICTIM. When VICTIM received the communications, she immediately contacted law enforcement and feared for her life.

8. The communications listed in this complaint were transmitted in interstate or foreign commerce.

## CONCLUSION

9. Based upon the foregoing information, I know there is probable cause to believe that **MATTHEW R. INGLEDEW** transmitted in interstate or foreign commerce communications containing threats to injure the person of another.

10. Because this affidavit is offered for the limited purpose of supporting the criminal complaint and arrest warrant for **MATTHEW R. INGLEDEW**, I have not set forth every fact known to me regarding this incident. Rather, I have included only those facts which I believe establish probable cause.

*/s/ M. Kuether #9218*
Sgt. Matthew Kuether
Appleton Police Department

Sworn and attested to me by reliable electronic means pursuant to the requirement of Fed. R. Crim.P. 4.1 (Telephone) on this 19th day of September, 2023.

**HONORABLE JAMES R. SICKEL**
United States Magistrate Judge

4